FILED
2:14 pm Jun 08 2021
Clerk U.S. District Court
Northern District of Ohio
Cleveland

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20-MJ-2207 |
| Plaintiff, | ) ) | MAGISTRATE JUDGE DAVID A. RUIZ |
| v. | ) ) | |
| PHILLIP J. AUGUSTIN, | ) ) | WAIVER OF RIGHTS PURSUANT TO SPEEDY TRIAL ACT OF 1974 AND |
| Defendant. | ) | ORDER |

We, the attorneys for the respective parties, and I, Phillip J. Augustin, the defendant, with the consent of the Court, hereby waive any of the rights to have this case presented to a Grand Jury within thirty (30) days pursuant to the provisions of Title 18, United States Code, Sections 3161(b) and 3161(h), including all excludable periods. It is further agreed that the time for presenting this matter to the Grand Jury is extended until no later than September 10, 2021.

As grounds for continuance, the Court finds that the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy presentation of the case to the Grand Jury because failure to grant such a continuance would deny counsel for both sides the reasonable time necessary for effective investigation, negotiation, and preparation, taking into account the exercise of due diligence.

_____
Michael Grieco, Esq.
Counsel for Defendant

_____
Brendan D. O'Shea
Assistant U.S. Attorney

_____
PHILLIP J. AUGUSTIN
Defendant

IT IS SO ORDERED.

_____  Jun 8, 2021
DAVID A. RUIZ
United States Magistrate Judge